**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jonathan Hadley Fontenot
Attorney at Law
P. O. Box 4407
Lake Charles LA 70606


**REHEARING ACTION: March 24, 2010**


**Docket Number: 09   00744-CA**

**PAMELA RAFFIELD WATKINS**
**VERSUS**
**SANDRA SCHEXNIDER**

**Appealed from Cameron Parish Case No. 10-17983**


**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. J. David Painter**
    **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sandra Schexnider** has this day been

    **DENIED.**
    Ezell, J., would grant a rehearing.


cc: Kevin Joseph Koenig, Counsel for the Appellant